**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. **06 - CV - 01501** - BNB

AUG 0 2 2006

**(The above civil action number must appear on all future papers** GREGORY C. LANGHAM
**sent to the court in this action.  Failure to include this number**                    CLERK
**may result in a delay in the consideration of your claims.)**

BRIAN STANLEY SPICER,

        Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES,

        Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

        Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, a Written Consent for Payment of Costs From Any Recovery

Under Local Rule 54.1, and a Complaint.  The court has determined that the

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is not on proper form (must use the court's current form) |
| (3) | __ | is missing original signature by Plaintiff |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | X | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint |

Dockets.Justia.com

(8) ___ An original and a copy have not been received by the court.
            Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an
            original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __31 st__ day of ~~July~~ _____, 2006.

BY THE COURT:


_Boyd N Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 01501** -β NB

Brian S. Spicer
4747 E. Mississippi Ave., #108
Glendale, CO 80246

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on _6-2-06_

GREGORY C. LANGHAM, CLERK

By:_____

Deputy Clerk